2009-18661
FILED
December 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002278466

Print Form

Clear Form

NOTE: *THIS FORM IS FOR USE ONLY IN MOTIONS HEARD BY JUDGE W. RICH[ARD LEE]*
*IT IS TO BE USED WHERE RELIEF IS DENIED OR THE STAY IS TERMINATED OR [...]*
*A DIFFERENT FORM MUST BE USED FOR ADEQUATE PROTECTION ORD[ERS]*

| Name, Address, Telephone of Attorney for Movant | FOR COURT USE ONLY |
|---|---|
| Prober & Raphael, A Law Corporation<br>Cassandra J. Richey, Esq., #155721<br>PO Box 4365<br>Woodland Hills, CA 91364<br>(818) 227-0100 (818) 227-0101 (fax)<br>cmartin@pprlaw.net | |
| Attorney(s) for U.S. Bank, N.A. | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re RAYMOND RICO SOLENO and PENNY ELIZABETH SOLENO

Debtor(s).

CASE NUMBER: 09-18661-B-7

MOTION CONTROL NUMBER: PPR-1

U.S. BANK, N.A.

Movant(s),

v.

RAYMOND RICO SOLENO and PENNY ELIZABETH SOLENO, Debtors; SHERYL ANN STRAIN, Trustee

Respondent(s).

HEARING DATE: December 9, 2009
TIME: 11:00 a.m.
JUDGE: W. Richard Lee

**ORDER ON MOTION FOR RELIEF**

**FROM AUTOMATIC STAY**

```
     A motion for relief from the stay of 11 U.S.C. §362(a) having been
 1[ ] heard at the above referenced time with appearances as noted in
the court minutes,
 2[✓] resolved without oral argument, no opposition having been filed
and cause for relief having been shown,
 3[ ] presented ex parte pursuant to prior court order,

     IT IS ORDERED,
 4[✓] upon review of the evidence presented,
 5[ ] pursuant to stipulation of the parties,
        [One of the above must be checked.]
```

RECEIVED
December 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002278466

(Revised 03/06/01) Order on Motion for Relief from the Automatic Stay

PLEASE DO NOT ENTER TEXT ABOVE THIS LINE

⁶[ ] that the motion is denied [ ] with [ ] without prejudice.

⁷[ ] that the debtor(s) is/are dismissed from the motion, their discharge having been entered in this case.

⁸[✓] that the automatic stay is [✓] terminated   [ ] annulled
   ⁹[✓] upon the signing of this order
   ¹⁰[ ] as of _____

as to the interest of ¹¹[✓] the debtor(s) and ¹²[✓] the trustee as to the movant's interest in the property described
   ¹³[ ] on Exhibit A attached hereto.
   ¹⁴[✓] below: LOT 6 OF SUNKIST ORANGE SUBDIVISION IN THE CITY OF REEDLEY, COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF, RECORDED NOVEMBER 4, 1920 IN BOOK 8, PAGE 96 OF PLATS, FRESNO COUNTY RECORDS.

IT IS FURTHER ORDERED:

¹⁵[✓] Movant may pursue all available state law remedies to obtain possession of the subject property.

¹⁶[ ] Relief from the stay is subject to the right of any party in interest to request by motion reinstatement of the stay.

¹⁷[✓] The ten-day stay provided by FRBP 4001(a)(3) is waived for cause.

¹⁸[X] Other: FURTHER ORDERED that this bankruptcy is finalized with regard to this note and trust deed for purposes of Cal. Civil Code 2923.5.

Dated: December 11, 2009

_____
W. Richard Lee
United States Bankruptcy Judge

Print Form
Clear Form

EDC Form 3-201(Revised 03/06/01) Order on Motion for Relief from the Automatic Stay